# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR135 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH LEE HILL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Joseph Lee Hill (Hill) to reopen the detention hearing (Filing No. 12). The court held a hearing on the motion on May 25, 2006, and June 2, 2006 (Filing Nos. 16 and 18). The court directed Pretrial Services to conduct a release investigation of Hill's proposed plan for release (Filing No. 13). The investigation has been conducted and a copy has been provided to counsel for the defendant and the government. The court concludes the proposed release plan is unsatisfactory as it will neither reasonably assure the presence of the defendant for further proceedings no will it reasonably assure the safety of the community if Hill were released on the proposed conditions. Accordingly, Hill's motion to reopen the detention hearing (Filing No. 12) and his proposed plan of release (Filing No. 13) are denied.

**IT IS SO ORDERED.**

DATED this 21st day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge